UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 12427
EDWARD BOWER
SUSAN BOWER                               CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
  SSN XXX-XX-3491    SSN XXX-XX-6584
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/04/05 and confirmed on 06/10/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 130368.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICREDIT FINANCIAL | SECURED VEHIC | 3829.00 | 199.98 | 3829.00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 13275.00 | 693.26 | 13275.00 |
| FIRST EAGLE NATIONAL BK | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 6742.47 | 699.18 | 6742.47 |
| ILLINOIS DEPT REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2660.65 | .00 | 2314.42 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3213.79 | .00 | 2795.58 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2015.95 | .00 | 1753.61 |
| JK HARRIS FINANCIAL REC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7528.67 | .00 | 6548.96 |
| PROFESSIONAL FEE FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 82.02 | .00 | 71.35 |
| US DEPT OF EDUCATION | UNSECURED | 78229.67 | .00 | 68049.61 |
| FORD MOTOR CREDIT CO | SPECIAL CLASS | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 140.58 | .00 | 122.29 |
| AMERICREDIT FINANCIAL | UNSECURED | 2512.04 | .00 | 2185.15 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9369.18 | .00 | 8149.96 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| ECAST SETTLEMENT CORPORA | UNSECURED | 1654.78 | .00 | 1439.44 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1984.39 | .00 | 1726.16 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2322.56 | .00 | 2322.56 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

---

```
TOTAL CLMS ALLOWED      23846.47         2322.56      109391.72            .00     135560.75
PRINCIPAL PAID          23846.47         2322.56       95156.53            .00     121325.56
INTEREST PAID            1592.42             .00            .00            .00       1592.42
TOTAL PAID              25438.89         2322.56       95156.53            .00     122917.98
```

The Debtor's attorney, JOSEPH WROBEL ESQ                  , was allowed $   2700.00
and was paid $   1006.00   direct and $   1694.00   through the plan.

The Trustee received $    5756.02 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/13/09                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE